IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS LAVAR GANTZ, | : | Civil No. 3:19-cv-58 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| JOHN WETZEL, MARK GARMAN, PA STATE ATTORNEY GENERAL, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 30th day of January, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 4) for leave to proceed *in forma pauperis* is **GRANTED** for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge